**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                                   No. 15-cr-4409 KG

**SULEMA CARBAJAL DEL REAL,**

    Defendant.

**NOTICE OF HEARING**
**ON MOTION TO SUPPRESS STATEMENTS**

    THIS MATTER is before me on Defendant Sulema Carbajal Del Real's Motion to Suppress Physical Evidence and Statements [Doc. 22], filed on January 7, 2016. Pursuant to the reference by the Court, [Doc. 25], a hearing on the Motion to Suppress Statements is **SET** for **February 22, 2016, at 9:00 a.m.**, in the Organ Courtroom on the third floor of the United States Courthouse, at 100 North Church Street in Las Cruces, New Mexico.

    **IT IS SO ORDERED**.

                                                                   **STEPHAN M. VIDMAR**
                                                                     **United States Magistrate Judge**